IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH A. HARTWELL<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. 4:17-cv-00561 |
| FAY SERVICING, LLC<br>Defendant | §<br>§<br>§ | |

### INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

Exhibit A    - Index of Documents Being Filed

Exhibit B    - List of All Counsel of Record

Exhibit C    - State Court Docket Sheet

Exhibit C-1 - Plaintiff's Original Petition (filed 06-30-17)

Exhibit C-2 - Citation (filed 06-30-17)

Exhibit C-3 - Return of Service (filed 07-13-17)

Exhibit C-4 - Defendant's Original Answer (filed 07-19-17)

