**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEBORAH A. HARTWELL** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 4:17-CV-00561** |
| | § | |
| **FAY SERVICING, LLC** | § | |
| **Defendant** | § | |

<u>**STIPULATION OF DISMISSAL**</u>

Plaintiff Deborah A. Hartwell ("Plaintiff") hereby files this Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1.       Plaintiff filed this lawsuit against Fay Servicing, LLC (**"Fay" or "Defendant"**) in State Court on or about June 30, 2017.  Defendant removed the matter to this Court on August 10, 2017 based on Federal Question Jurisdiction.

2.       Plaintiff wishes to dismiss all claims against Defendant without prejudice.

3.       In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

4.       By this Stipulation, it is hereby stipulated that all claims and causes of action brought by the parties against each other, are dismissed without prejudice to re-filing same or any part thereof.

5.       Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendant are dismissed without prejudice by stipulation of all parties.

Respectfully submitted,


*/s/ D. Kimberli Wallace*
D. Kimberli Wallace
Texas Bar No. 00792901
D. Kimberli Wallace, PLLC
9500 Ray White Rd., Suite 200
Tel. (817) 745-4581
Fax (817) 953-7000
Email: kwallace@kwlawfirm.net

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**


By:   /s/ Michael F. Hord Jr.
        Michael F. Hord, Jr.
        Texas Bar No. 00784294
        Eric C. Mettenbrink
        Texas Bar No. 24043819
        Hirsch & Westheimer, P.C.
        1415 Louisiana, 36th Floor
        Houston, Texas 77002
        (713) 220-9182 Telephone
        (713) 223-9319 Facsimile
        mhord@hirschwest.com
        emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

On this 15th day of September 2017, I hereby certify that a true and correct copy of the foregoing document was forwarded as follows:

Michael F. Hord Jr.
Hirsch and Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
**Via ECF**

/s/ *D. Kimberli Wallace*
D. Kimberli Wallace

20170194.20170558/2796639.1